# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Richard Rogers

                        Plaintiff,

v.                                               Case No.: 1:19–cv–02937
                                                            Honorable Marvin E. Aspen

CSX Intermodal Terminals, Inc.

                        Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 19, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing held and continued to 10/17/2019 at 10:30 a.m. At that time the parties are expected to report on the status of settlement or to come to court with a proposed joint discovery plan. Mailed notice (ags, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.