# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals, ) ) ) ) Plaintiff, ) ) v. ) ) CSX INTERMODAL TERMINALS, INC., a ) Delaware corporation ) ) Defendant. ) ) ) | Case No. 19 cv 2937<br><br>Hon. Marvin E. Aspen |

## JOINT STATUS REPORT ON SETTLEMENT

Pursuant to the Court's May 20, 2020 Order (Dkt. 38) Plaintiff, Richard Rogers ("Plaintiff"), and Defendant CSX Intermodal Terminals, Inc. ("Defendant"), hereby submit this joint status report.

### Settlement efforts

The parties participated in a full day mediation via Zoom before the Hon. James R. Epstein (Ret.) of JAMS Chicago on June 18, 2020. While the Parties were unable to reach a settlement on June 18, the mediation was productive and the Parties have elected to engage in a follow up mediation with Judge Epstein on July 8, 2020. The Parties have agreed to stay Defendant's discovery responses pending the outcome of the July 8th mediation. The Parties will file a further Joint Status Report within seven (7) days following their forthcoming mediation.

Dated: June 25, 2020

MCGUIRE LAW, P.C.

By:  *David L. Gerbie*

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  *Joel Griswold*

David Louis Gerbie  
Brendan James Duffner  
McGuire Law, P.C.  
55 West Wacker Drive, 9th Fl.  
Chicago, IL 60601  
T: (312) 893-7002  
dgerbie@mcgpc.com  
bduffner@mcgpc.com  

*Attorneys for Plaintiff Richard Rogers*

Joel Griswold  
Baker & Hostetler LLP  
SunTrust Center  
200 South Orange Avenue, Suite 2300  
Orlando, FL 32801-3432  
T: (407) 649-4088  
jcgriswold@bakerlaw.com  

Bonnie Keane DelGobbo  
Melissa M. Hewitt  
Baker & Hostetler LLP  
One North Wacker Drive, Suite 4500  
Chicago, IL 60606-1901  
T: (312) 416-6200  
F: (312) 416-6201  
bdelgobbo@bakerlaw.com  
mhewitt@bakerlaw.com  

*Attorneys for Defendant CSX Intermodal Terminals, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he filed and served the foregoing document upon all parties of record via the United States District Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                                                        /s/David L. Gerbie