UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 19 cv 2937 |
| CSX INTERMODAL TERMINALS, INC., a Delaware corporation | ) ) ) | Hon. Marvin E. Aspen |
| Defendant. | ) ) ) ) ) | |

**JOINT STATUS REPORT ON SETTLEMENT**

Pursuant to the Court's June 26, 2020 Order (Dkt. 41) Plaintiff, Richard Rogers ("Plaintiff"), and Defendant CSX Intermodal Terminals, Inc. ("Defendant"), hereby submit this joint status report.

**Settlement efforts**

The parties participated in full day mediation sessions via Zoom before the Hon. James R. Epstein (Ret.) of JAMS Chicago on June 18, 2020 and, again, on July 8, 2020. While the Parties were unable to reach a settlement on July 8, 2020, the mediation was productive and the Parties have elected to engage in a follow up mediation with Judge Epstein on August 26, 2020. The Parties have agreed to stay Defendant's discovery responses pending the outcome of the forthcoming third mediation and respectfully request that the Court extend the current deadlines as follows: discovery on class certification shall close on March 3, 2021, the motion for class certification, if any, is due by April 8, 2021, and the response to such motion for class certification is due by May 6, 2021. The Parties will file a further Joint Status Report within seven (7) days following their upcoming mediation.

Dated: July 15, 2020

MCGUIRE LAW, P.C.

By: *David L. Gerbie*
    David Louis Gerbie
    Brendan James Duffner
    McGuire Law, P.C.
    55 West Wacker Drive, 9th Fl.
    Chicago, IL 60601
    T: (312) 893-7002
    dgerbie@mcgpc.com
    bduffner@mcgpc.com

*Attorneys for Plaintiff Richard Rogers*

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Joel Griswold*
    Joel Griswold
    Baker & Hostetler LLP
    SunTrust Center
    200 South Orange Avenue, Suite 2300
    Orlando, FL 32801-3432
    T: (407) 649-4088
    jcgriswold@bakerlaw.com

    Bonnie Keane DelGobbo
    Melissa M. Hewitt
    Baker & Hostetler LLP
    One North Wacker Drive, Suite 4500
    Chicago, IL 60606-1901
    T: (312) 416-6200
    F: (312) 416-6201
    bdelgobbo@bakerlaw.com
    mhewitt@bakerlaw.com

*Attorneys for Defendant CSX Intermodal Terminals, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that she filed and served the foregoing document upon all parties of record via the United States District Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/ _____

4844-8158-5091.1