**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals,<br><br>  *Plaintiff*,<br><br>    v.<br><br>CSX INTERMODAL TERMINALS, INC., a Delaware Corporation,<br><br>  *Defendant*. | No. 19-cv-2937<br><br>Hon. Marvin E. Aspen |

**STIPULATION TO REMAND ACTION TO THE
CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

  Plaintiff Richard Rogers ("Plaintiff") and Defendant CSX Intermodal Terminals, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to remand this Action to the Circuit Court of Cook County, Illinois, County Department, Chancery Division. In support of the instant stipulation, the Parties state as follows:

  WHEREAS, this Action was originally filed in the Circuit Court of Cook County, Illinois, County Department, Chancery Division on April 1, 2019;

  WHEREAS, Plaintiff alleges that Defendant violated sections 15(a) and 15(b) of the Illinois Biometric Information Privacy Act, 740 ILCS § 14/1, *et seq.* ("BIPA");

  WHEREAS, on May 1, 2019, Defendant removed this Action to the United States District Court for the Northern District of Illinois;

  WHEREAS, with the assistance of Judge James R. Epstein (Ret.) at JAMS, the Parties have reached a settlement that, if finally approved, will fully and finally resolve all claims asserted against Defendant in this Action;

  WHEREAS, the Parties seek to proceed with the settlement in the Circuit Court of Cook

1

County, Illinois in order to avoid any jurisdictional challenges;

NOW, THEREFORE, the Parties hereby stipulate to remand this matter to the Circuit Court of Cook County, Illinois, County Department, Chancery Division, with each party to bear its own costs and fees.

Dated: October 15, 2020

| | |
|---|---|
| **RICHARD ROGERS,** individually and on behalf of a class of similarly situated individuals | **CSX INTERMODAL TERMINALS, INC.** |
| By: /s/ David L. Gerbie<br>   Myles McGuire<br>   Evan M. Meyers<br>   David L. Gerbie<br>   Brendan Duffner<br>   MCGUIRE LAW, P.C.<br>   55 W. Wacker, 9th Floor<br>   Chicago, IL 60601<br>   Tel. (312) 893-7002 | By: /s/ Joel Griswold<br>   Joel Griswold<br>   Bonnie K. DelGobbo<br>   Joyce E. Ackerbaum Cox<br>   BAKER & HOSTETLER LLP<br>   1 North Wacker Dr., Suite 4500<br>   Chicago, IL 60606<br>   Tel. (312) 416-6200 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date:_____

                                                         Hon. Marvin E. Aspen
                                                         U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2020, I caused the foregoing *Stipulation to Remand* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                           /s/David L. Gerbie

David L. Gerbie
MCGUIRE LAW, P.C. (Firm ID: 56618)
55 W. Wacker Drive, 9th Fl.
Chicago, IL  60601
Telephone: (312) 893-7002
Facsimile: (312) 275-7895
dgerbie@mcgpc.com